IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 JUN 30 AM 11: 44
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| KENNETH KOYM AND OTHER FRY'S CREDIT CARD HOLDERS, PLAINTIFFS, | § § § § |
| V. | § § A-08-CA-689-LY |
| FRY'S ELECTRONICS, FRY'S CREDIT CARDS, JAMES MCLAUGHLIN, PRESIDENT, FIRST ELECTRONICS BANK, RAYMOND JONES, CO-CONSPIRATOR, FIRST ELECTRONIC BANK OF UTAH, JESSICA PEREZ, CO-CONSPIRATOR, FIRST ELECTRONIC BANK OF UTAH, JOHN FRY, CEO, EQUIFAX, EXPERIAN, TRANSUNION, AND ANNUALCREDITREPORT.COM DEFENDANTS. | § § § § § § § § § § § § § |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. On this same date, this Court signed an order approving and accepting the United States Magistrate Judge's Report and Recommendation and dismissing Plaintiff's Second Amended Complaint. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that Plaintiffs' Second Amended Complaint (Clerk's Doc. #33) is **DISMISSED**. All claims and causes of action asserted by Plaintiff are dismissed.

**IT IS FURTHER ORDERED** that any relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this _30th_ day of June, 2009.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE